552 A.2d 1046

**The BELL TELEPHONE COMPANY OF PENNSYLVANIA**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION,**
**Appellant, at No. 59.**

**Appeal of David M. BARASCH, Consumer**
**Advocate, at No. 58.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1989.

Decided Jan. 25, 1989.

David M. Barasch, Consumer Advocate, Daniel Clearfield, Asst. Consumer Advocate, for appellant in No. 58.

John A. Levin, Asst. Counsel, Camp Hill, Bohdan R. Pankiw, Deputy Chief Counsel, Daniel P. Delaney, Chief Counsel, Harrisburg, for appellant in No. 59.

Thomas L. Welch, Daniel E. Monagle, Richard D. Spiegelman, Gerard J. St. John, Irving R. Segal, Philadelphia, for Bell Tel. Co. of Pa. at Nos. 58 and 59.

Peter A. Rohrbach, for U.S. Sprint at Nos. 58 and 59.

Edward J. Riehl, King of Prussia, for Business Users Group at Nos. 58 and 59.

John A. Levin, Camp Hill, Bohdan R. Pankiw, Daniel P. Delaney, Harrisburg, for Pa. Public Utility Com'n at No. 58.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.